# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

CHARLES WALLACE,

           Defendant.

Case No. 2:13-cr-00197-KJD-VCF

**<u>ORDER</u>**

      IT IS ORDERED that the revocation hearing currently scheduled for Friday, June 26, 2020 at 1:00 p.m., be vacated and continued to <u>August 26, 2020</u> at the hour of <u>9</u> : <u>00</u> <u>a</u>.m. in courtroom 4A.

      DATED this <u>25th</u> day of June 2020.

_____
UNITED STATES DISTRICT JUDGE